```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff

 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )    2:07-CV-00930-LKK-CMK
                                    )
12          Plaintiff,              )    APPLICATION AND ORDER
                                    )    FOR PUBLICATION
13      v.                          )
                                    )
14  APPROXIMATELY $76,474.16 IN U.S.)
    CURRENCY SEIZED FROM UNION BANK )
15  OF CALIFORNIA, ACCOUNT NUMBER   )
    1280024941,                     )
16                                  )
            Defendant.              )
17  _____)
```

18      The United States of America, plaintiff herein, applies for an
19 order of publication as follows:
20      1.   Rule G(4) of the Supplemental Rules for Certain Admiralty
21 and Maritime Claims (hereafter "Supplemental Rules") provides that
22 the plaintiff shall cause public notice of the action and arrest to
23 be given in a newspaper of general circulation, designated by order
24 of the Court;
25      2.   Local Rule 83-171, Eastern District of California,
26 provides that the Court shall designate by order the appropriate
27 newspaper for publication;
28

1      3.   The defendant funds were seized in the city of Citrus
2  Heights, in Sacramento County, California.  The Internal Revenue
3  Service-Criminal Investigation published notice of the non-judicial
4  forfeiture of the defendant funds on February 12, 20, and 26, 2007
5  in The Daily Recorder;
6      4.   Plaintiff proposes that publication be made as follows:
7           a.   One publication;
8           b.   In the following newspaper, a legal newspaper of
9  general circulation, located in the county (Sacramento) in which
10 the defendant funds were seized: The Daily Recorder;
11          c.   The publication to include the following:
12               (1)  The Court, title and number of the action;
13               (2)  The date of the arrest/seizure;
14               (3)  The identity and/or description of the property
15 arrested/seized;
16               (4)  The name, address and telephone number of the
17 attorney for the plaintiff;
18               (5)  A statement that claims of persons entitled to
19 possession or claiming an interest pursuant to Supplemental Rule
20 G(5) must be filed with the Clerk and served on the attorney for
21 the plaintiff within 30 days after the date of publication;
22               (6)  A statement that answers to the complaint or a
23 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
24 R. Civ. P.") must be filed and served within 20 days after the
25 filing of the claims and, in the absence thereof, default may be
26 entered and condemnation ordered;
27               (7)  A statement that applications for intervention
28
                                  2

1  under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens
2  or other interests shall be filed within the 30 days allowed for
3  claims for possession; and
4              (8)   The name, address, and telephone number of the
5  Department of Treasury, Internal Revenue Service-Criminal
6  Investigation.
7  DATED: May 16, 2007          McGREGOR W. SCOTT
                                United States Attorney
8
9                               /s/ Kristin S. Door
                                KRISTIN S. DOOR
10                              Assistant U.S. Attorney
11
12                          **ORDER**
13      IT IS SO ORDERED.
14
   DATED:   May 25, 2007.
15

16
                              _____
17                            **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE
18

3