1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorney for Plaintiff

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )
                                        )   2:07-CV-00930 LKK-CMK
12           Plaintiff,                 )
                                        )   STIPULATION FOR STAY
13      v.                              )   AND **ORDER**
                                        )
14 APPROXIMATELY $76,474.16 IN U.S.     )
   CURRENCY SEIZED FROM UNION BANK      )
15 OF CALIFORNIA, ACCOUNT NUMBER        )
   1280024941,                          )
16                                      )
             Defendant.                 )
17 _____ )

19      Plaintiff United States of America, and Claimant Surinder Pal,
20 by and through their respective counsel, hereby stipulate that a
21 stay is necessary in the above-entitled action, and request that
22 the Court enter an order staying all further proceedings for a
23 period of six months pending the outcome of a related criminal
24 investigation against Claimant Pal.
25      1.   Claimant Pal filed a claim to the defendant property on
26 June 14, 2007.
27      2.   The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1)

                                1

1  and 981(g)(2).  The plaintiff contends that Pal structured cash
2  deposits into his account at Union Bank by breaking the deposits
3  into amounts under $10,000 so as to avoid the currency transaction
4  reporting requirements of 31 U.S.C. § 5324(a)(3), and that the
5  defendant property is therefore forfeitable to the United States
6  pursuant to 18 U.S.C. §  984 and 31 U.S.C. §  5317(c)(2).
7       3.    To date claimant Pal, the owner of the property, has not
8  been charged with any criminal offense by state, local, or federal
9  authorities, and the statute of limitations has not expired on some
10 of the potential criminal charges relating to the currency
11 structuring offenses.  Nevertheless, the plaintiff intends to
12 depose claimant Pal regarding his claim and his structuring of his
13 cash deposits. If discovery proceeds at this time, claimant will be
14 placed in the difficult position of either invoking his Fifth
15 Amendment right against self-incrimination and losing the ability
16 to pursue his claim to the defendant real property, or waiving his
17 Fifth Amendment right and submitting to a deposition and
18 potentially incriminating himself.  If he invokes his Fifth
19 Amendment right, the plaintiff will be deprived of the ability to
20 explore the factual basis for the claim he filed with this court.
21      4.    In addition, claimant intends to depose the IRS agents
22 involved in this investigation.  Allowing depositions of the law
23 enforcement officers at this time would adversely affect the
24 ability of federal authorities to investigate the underlying
25 criminal conduct.
26       5.   The parties recognize that proceeding with this action at
27 this time has potential adverse affects on the investigation of the

1  underlying criminal conduct and/or upon claimant's ability to prove
2  his claim to the property and assert any defenses to forfeiture.
3  For these reasons, the parties jointly request that this matter be
4  stayed for six months.  At that time the parties will advise the
5  court of the status of the criminal investigation, if any, and will
6  advise the court whether a further stay is necessary.
7       6.   The parties request that the status conference currently
8  scheduled for August 13, 2007, be vacated and rescheduled to
9  sometime in December, 2007.

Dated: June 14, 2007          McGREGOR W. SCOTT
                              United States Attorney

                        By    /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff
                              United States of America

Dated: June 14, 2007
                              /s/ Malcolm S. Segal
                              MALCOLM S. SEGAL
                              Attorney for Claimant
                              Surinder Pal

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of six months.  The status conference scheduled for August 13, 2007 is vacated and will be rescheduled to December 10, 2007 at 3:30 p.m. at which time the parties will advise the court whether a further

3

stay is necessary.

IT IS SO ORDERED.

Dated: June 18, 2007.

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT