1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                       )    2:07-CV-00930 LKK-CMK
12          Plaintiff,                 )
                                       )    STIPULATION TO EXTEND STAY
13     v.                              )    AND **ORDER**
                                       )
14 APPROXIMATELY $76,474.16 IN U.S.    )
   CURRENCY SEIZED FROM UNION BANK     )
15 OF CALIFORNIA, ACCOUNT NUMBER       )
   1280024941,                         )
16                                     )
            Defendant.                 )
17 _____    )

18

19      Plaintiff United States of America, and Claimant Surinder Pal,

20 by and through their respective counsel, hereby stipulate that a

21 extension of the stay previously entered in this case is necessary

22 and request that the Court enter an order staying all further

23 proceedings for an additional three months pending the outcome of a

24 on-going related criminal investigation against Claimant Pal.

25      1.  Claimant Pal filed a claim to the defendant property on

26 June 14, 2007.

27      2.   The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1)

28                                    1

1 and 981(g)(2).   The plaintiff contends that Pal structured cash

2 deposits into his account at Union Bank by breaking the deposits

3 into amounts under $10,000 so as to avoid the currency transaction

4 reporting requirements of 31 U.S.C. § 5324(a)(3), and that the

5 defendant property is therefore forfeitable to the United States

6 pursuant to 18 U.S.C. §  984 and 31 U.S.C. §  5317(c)(2).

7        3.   To date claimant Pal, the owner of the property, has not

8 been charged with any criminal offense by state, local, or federal

9 authorities, and the statute of limitations has not expired on some

10 of the potential criminal charges relating to the currency

11 structuring offenses.  The investigation into this conduct is on-

12 going.  Nevertheless, plaintiff intends to depose claimant Pal

13 regarding his claim and his structuring of his cash deposits. If

14 discovery proceeds at this time, claimant will be placed in the

15 difficult position of either invoking his Fifth Amendment right

16 against self-incrimination and losing the ability to pursue his

17 claim to the defendant real property, or waiving his Fifth

18 Amendment right and submitting to a deposition and potentially

19 incriminating himself.  If he invokes his Fifth Amendment right,

20 the plaintiff will be deprived of the ability to explore the

21 factual basis for the claim he filed with this court.

22        4.   In addition, claimant intends to depose the IRS agents

23 involved in this investigation.  Allowing depositions of the law

24 enforcement officers at this time would adversely affect the

25 ability of federal authorities to investigate the underlying

26 criminal conduct.

27         5.   The parties recognize that proceeding with this action at

28                                    2

1  this time has potential adverse affects on the investigation of the

2  underlying criminal conduct and/or upon claimant's ability to prove

3  his claim to the property and assert any defenses to forfeiture.

4  For these reasons, the parties jointly request that this matter be

5  stayed for three months.  At that time the parties will advise the

6  court of the status of the criminal investigation and will advise

7  the court whether a further stay is necessary.

8         6.    The parties request that the status conference currently

9  scheduled for December 10, 2007, be vacated and rescheduled to

10 sometime in March 2008.

11

   Dated: November 20, 2007        McGREGOR W. SCOTT
12                                  United States Attorney

13
                            By    /s/ Kristin S. Door
14                                KRISTIN S. DOOR
                                  Assistant U.S. Attorney
15                                Attorneys for Plaintiff
                                  United States of America
16

17

18 Dated: November 20, 2007
                                  /s/ Malcolm S. Segal
19                                MALCOLM S. SEGAL
                                  Attorney for Claimant
20                                Surinder Pal
                                  (Original signature retained by
21                                plaintiff)

22                              **ORDER**

23     For the reasons set forth above, this matter is stayed

24 pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) for a period of

25 three months.  The status conference scheduled for December 10,

26 2007 is vacated and will be rescheduled to March 10, 2008 at 1:30

27 p.m. at which time the parties will advise the court whether a

28
                                   3

1 | further stay is necessary.

2 |

3 | IT IS SO ORDERED.

4 | Dated: November 27, 2007.

5 |

6 | _____
7 | LAWRENCE K. KARLTON
8 | SENIOR JUDGE
   | UNITED STATES DISTRICT COURT

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4