McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00930-LKK-CMK |
| )  Plaintiff, ) | **FINAL JUDGMENT OF FORFEITURE** |
| ) v. ) | |
| APPROXIMATELY $76,474.16 IN U.S. ) CURRENCY SEIZED FROM UNION BANK ) OF CALIFORNIA, ACCOUNT NUMBER ) 1280024941, ) ) Defendant. ) | |

   Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

   1.  This is a civil forfeiture action against approximately $76,474.16 in U.S. Currency seized from Union Bank of California, account number 1280024941 (hereafter referred to as "the defendant funds") seized on or about January 24, 2007, at the Union Bank of California located at 5748 Sunrise Boulevard, Citrus Heights, California, by the Internal Revenue Service-Criminal Investigation.

   2.  A Verified Complaint for Forfeiture In Rem (hereafter "Complaint") was filed on or about May 16, 2007, seeking the

1  forfeiture of the defendant funds, alleging that said funds are
2  subject to forfeiture to the United States pursuant to 18 U.S.C.
3  § 984 and 31 U.S.C. § 5317(c)(2), incorporating the procedures
4  governing civil forfeitures in money laundering cases pursuant to
5  18 U.S.C. § 981(a)(1)(A).
6      3.  On or about May 17, 2007, the Clerk issued a Warrant for
7  Arrest of Articles In Rem for the defendant funds, and that
8  warrant was duly executed on May 25, 2007.
9      4.  On or about May 18, 2007, copies of the Complaint,
10 Warrant for Arrest, Application and Order for Publication, Order
11 Setting Status Conference and court notices were served on
12 Surinder Pal's attorney, Malcolm S. Segal, by certified mail
13 number 7007 0220 0002 5960 3568.  On or about May 21, 2007, these
14 same documents were personally served on claimant Surinder Pal.
15     5.  On or about June 13, 2007, a Public Notice of Arrest of
16 the defendant funds appeared by publication in The Daily
17 Recorder, a newspaper of general circulation in the county in
18 which the defendant funds were seized (Sacramento County).  The
19 Proof of Publication was filed with the Court on June 20, 2007.
20     6.  Claimant filed a verified claim to the defendant funds
21 on June 14, 2007.  No other parties have filed claims or answers
22 in this matter, and the time for which any person or entity may
23 file a claim and answer has expired.
24     7.  Claimant represents and warrants that he is the sole
25 owner of the defendant funds.
26     Based on the above findings, and the files and records of
27 the Court, it is hereby
28     ORDERED AND ADJUDGED:

1    1.  The Court adopts the Stipulation for Final Judgment of
2 Forfeiture entered into by and between the parties to this
3 action.
4    2.  Judgment is hereby entered against potential claimant
5 Surinder Pal and all other potential claimants who have not filed
6 claims in this action.
7    3.  The defendant funds, plus any interest that may have
8 accrued, shall be forfeited to the United States pursuant to 18
9 U.S.C. § 984 and 31 U.S.C. § 5317(c)(2), incorporating the
10 procedures governing civil forfeitures in money laundering cases
11 pursuant to 18 U.S.C. § 981(a)(1)(A), to be disposed of according
12 to law.
13    4.  Plaintiff United States of America and its servants,
14 agents, and employees and all other public entities, their
15 servants, agents, and employees, are released from any and all
16 liability arising out of or in any way connected with the arrest,
17 seizure or forfeiture of the defendant funds.  This is a full and
18 final release applying to all unknown and unanticipated injuries,
19 and/or damages arising out of said arrest, seizure or forfeiture,
20 as well as to those now known or disclosed.  The parties waive
21 the provisions of California Civil Code § 1542.
22    5.  Pursuant to the stipulation of the parties, and
23 allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u>
24 filed May 16, 2007, the Court finds that there was reasonable
25 cause for the seizure and arrest of the defendant funds, and a
26 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
27 shall be entered accordingly.
28 ///

    6.  All parties are to bear their own costs and attorneys' fees, if any.

    SO ORDERED THIS <u>15th</u> day of <u>December</u>, 2008.

> _____
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT

### CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u> filed May 16, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant funds.

> _____
> LAWRENCE K. KARLTON
> SENIOR JUDGE
> UNITED STATES DISTRICT COURT

4